IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE GARY WELLS,       )
       )
    Plaintiff,       )
       )
v.       )
       )    CIV. ACTION NO. 2:20cv410-SRW
       )
HAYNES AMBULANCE OF ALABAMA, )
INC.,       )
       )
    Defendants.       )

## ORDER

Upon consideration of the parties' joint stipulation of dismissal with prejudice (Doc. 17), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

ORDERED that the Clerk of Court is directed to close this case and to annotate the docket to reflect that this matter is DISMISSED WITH PREJUDICE.  Costs are taxed as paid.

DONE on this the 11th day of January, 2021.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge